1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
   Geni K. Krogstad, #203896
3  Noura Kawar, #291455
   7647 North Fresno Street
4  Fresno, California 93720
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Plaintiff
   Granite State Insurance Company
7

8                          UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11

| GRANITE STATE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN, doing business as INDUSTRIAL ELECTRIC COMPANY; CHRISTINE BAKER, as Director of the California Department of Industrial Relations and Trustee of THE UNINSURED EMPLOYERS BENEFITS TRUST FUND; and UNINSURED EMPLOYERS BENEFITS TRUST FUND;<br><br>         Defendants. | Case No. 1:14-cv-00531---SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO CONSENT TO MAGISTRATE JUDGE EXERCISING JURISDICTION** |
|---|---|

   Plaintiff Granite State Insurance Company (hereinafter "Granite State") and Defendant Barry Halajian, through their undersigned counsel, hereby stipulate as follows:

   1.   Plaintiff Granite State and Defendant Barry Halajian agree to extend the deadline to submit the form consenting/declining a United States Magistrate Judge to exercise jurisdiction over this matter, pursuant to 28 U.S.C. §636(c) and Local Rule 305, for a period of thirty (30) days.

   2.   Plaintiff Granite State filed a Complaint for Declaratory Relief on April 16, 2014.

   3.   The Court issued an Order assigning the action to a Sacramento District Judge on April

16, 2014, ordering the parties to respond by May 16, 2014, and attached a consent form which gave the parties the option to consent or decline having a Magistrate Judge exercise entire jurisdiction over the above-captioned case.

4. Defendants Christine Baker and the Uninsured Employers Benefits Trust Fund have been served but have not yet appeared.

5. Plaintiff Granite State is still considering whether to consent to a Magistrate judge.

6. Plaintiff Granite State and Defendant Barry Halajian have agreed they need additional time to decide whether to consent to a Magistrate Judge exercising entire jurisdiction over the above-captioned matter pursuant to 28 U.S.C. §636(c) and Local Rule 305, and agree to extending the deadline to June 16, 2014.

IT IS SO STIPULATED.

Dated: May 16, 2014                McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP


                                   By:        /S/ James P. Wagoner
                                              James P. Wagoner
                                              Geni K. Krogstad
                                              Noura Kawar
                                         Attorneys for Plaintiff,
                                   GRANITE STATE INSURANCE COMPANY


Dated: May 16, 2014
                                   By   /S/  Myron F. Smith    (as authorized on May 16, 2014)
                                              Myron F. Smith
                                         Attorney for Defendant,
                                         BARRY HALAJIAN

## ORDER

Pursuant to Plaintiff Granite State's and Defendant Barry Halajian's stipulation, and good cause appearing therefor:

It is hereby ORDERED that the date to submit the consent form consenting/declining to a United States Magistrate Judge exercising jurisdiction over the above-captioned matter is hereby extended to June 16, 2014.

IT IS SO ORDERED.

Dated:   **May 19, 2014**

UNITED STATES MAGISTRATE JUDGE