# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY HALAJIAN, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00531---SAB<br><br>ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING |

　　　　Plaintiff Granite State brought this action seeking declaratory relief against Defendants Halajian, the Uninsured Employers Benefits Trust Fund ("the UEBTF") and Christine Baker on April 15, 2014.  Defendants filed a motion to dismiss on May 23, 2014.  A hearing on the motion was held on June 25, 2014 during which the Court granted Plaintiff's request to provide supplemental briefing on the issue of whether an actual case or controversy exists between Plaintiff and Defendants Baker and the UEBTF.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff shall file their supplemental brief addressing the case and controversy issue on or before July 3, 2014;

　　　　2.　　Defendants Baker and the UEBTF shall file their opposition on or before July 9, 2014; and

1

3. The matter shall be deemed submitted upon the filing of Defendants' opposition brief.

IT IS SO ORDERED.

Dated: **June 25, 2014**

UNITED STATES MAGISTRATE JUDGE